UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NICOLAS LEMUS ALVARADO,

Petitioner,

v.

FACILITY ADMINISTRATOR, et. al.,

Respondents.

Case No. EDCV 26-3267-WLH (AS)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

It is **ORDERED** that Judgment be entered denying the Petition without prejudice as moot.

It is further **ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

**IT IS SO ORDERED.**

DATED: September 25, 2026



WESLEY L. HSU
UNITED STATES DISTRICT JUDGE