JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS LEMUS ALVARADO,<br>Petitioner,<br>v.<br>FACILITY ADMINISTRATOR, et. al.,<br>Respondents. | Case No. EDCV 26-3267-WLH (AS)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, the Court **DENIES** the Petition.

**IT IS SO ORDERED.**

DATED: September 25, 2026

WESLEY L. HSU
UNITED STATES DISTRICT JUDGE